121 A.3d 434

**Demetrius J. GRANT, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 17, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2015, the Order of the Commonwealth Court is hereby AFFIRMED.